IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:07-cr-00185

ELVIS RAY EPLIN,

          Defendant.

**ORDER**

      Before the Court is Petitioner Elvis Ray Eplin's Motion to Correct Sentence to Include 9 Days of Credit to Federal Sentence [Docket 40]. On April 19, 2011, this motion was referred to United States Magistrate Mary E. Stanley for submission of proposed findings and a recommendation (PF&R). Magistrate Judge Stanley filed a PF&R [Docket 43] on April 25, 2011, recommending that this Court dismiss Petitioner's motion with prejudice as untimely.

      The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*,

687 F.2d 44, 47 (4th Cir. 1982). Objections to the PF&R in this case were due on May 12, 2011. To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R [Docket 43] and **DISMISSES** Petitioner's Motion [Docket 40] with prejudice as untimely.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:      June 3, 2011

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE